UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Petitioner )<br>)<br>V. )<br>)<br>RUTH A. ADOMUNES )<br>    Respondent ) | M.B.D. No.<br><br>04 MBD 10297 |

### AFFIDAVIT OF REVENUE OFFICER

I, Daniel Yee, Revenue Officer of the Internal Revenue Service, state that the facts alleged by Michael Sullivan, United States Attorney for the District of Massachusetts, in the Petition to Enforce the Internal Revenue Service Summons which was served on Ruth A. Adomunes, are true to the best of my knowledge and belief.

*Daniel Yee*
Revenue Officer
Internal Revenue Service

On this 27th day of July, 2004, before me, the undersigned notary public, personally appeared DANIEL YEE, proved to me through satisfactory evidence of identification, which were IRS BADGE and Commission to be the person whose name is signed on this document in my presence.

My Commission expires: 11-15-2004

NOTARY PUBLIC